# United States District Court

STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

V.

(01) JOSEPH P. ADAMICH
(02) CHARLES A. ONNEN

**CRIMINAL COMPLAINT**
Case Number:

Mag. No. 06:MJ-428 (01 & 02)(RLE)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about December 2005, in St. Louis County, in the State and District of Minnesota, the defendants,

each of whom had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in or affecting commerce a firearm and ammunition, which had been shipped and transported in interstate or foreign commerce,

in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a(n) commissioned ATF task force officer and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Shawn P. Padden
Signature of Complainant
Shawn P. Padden

Sworn to before me, and subscribed in my presence,

November 17, 2006 at Duluth, MN
Date / City and State

Raymond L. Erickson, U.S. Magistrate Judge
Name & Title of Judicial Officer

Raymond L. Erickson
Signature of Judicial Officer

STATE OF MINNESOTA )
) ss. AFFIDAVIT OF SHAWN P. PADDEN
COUNTY OF ST. LOUIS )

I, Shawn P. Padden, being first duly sworn under oath, depose and state as follows:

1. I am employed as a police officer for the City of Hermantown, Minnesota and have been so employed for eleven years. I am currently assigned as an investigator with the Lake Superior Drug and Gang Task Force. I am a commissioned task force officer with the Bureau of Alcohol, Tobacco, and Firearms. I also serve as the Chief of Police for the Duluth Township and have so served for approximately nine years. I have a total of nineteen years experience in law enforcement. My duties as a police officer include the investigation of violations of criminal law, including violations involving controlled substances and firearms.

2. This affidavit is based upon my training, experience, personal knowledge and observations in this investigation; upon my discussions with other law enforcement officers and agents directly involved in this investigation; and upon my review of official reports submitted in relation to this investigation. This affidavit contains information to support probable cause but does not convey all the facts of the entire investigation.

3. On December 1, 2005, officers from the Hermantown Police Department conducted a traffic stop of a vehicle being driven by CHARLES A. ONNEN. JOSEPH P. ADAMICH was a passenger in the car. A record inquiry conducted on ONNEN showed that he had a revoked Minnesota driver's license and a warrant for his arrest for a probation violation. ONNEN absconded from the area and eluded police.

ADAMICH was detained. Officers searched the vehicle, at which time they recovered a short-barreled shotgun under the front seat.

4. After the traffic stop and still on December 1, 2005, Hermantown Police officers searched Room #214 of the Econo Lodge Hotel in Hermantown, Minnesota. Two individuals present in Room #214 provided information that they had been in the room with ADAMICH and ONNEN and they identified luggage in the room that belonged to ADAMICH and ONNEN. Among other items, officers found in the room: (1) a short-barreled 410 gauge shotgun, along with a letter from the Minnesota Department of Corrections addressed to ADAMICH, in a blue backpack; and (2) a shotgun receiver, 12 gauge barrel and forearm inside a greenish colored Travel Pro suitcase.

5. The short-barreled 410 gauge shotgun recovered from Room #214 is identified as a Stevens, manufactured by Savage, Model 940, 410 gauge shotgun with no visible serial number. This firearm has a barrel length of approximately 10½ inches and an overall length of 17½ inches. The Minnesota BCA laboratory examined this firearm and determined that it operated as a functioning weapon. This firearm was manufactured outside the State of Minnesota and, at some point after manufacture, traveled in interstate and/or foreign commerce to the State of Minnesota.

6. DNA analysis was performed on swabs taken from this firearm and from ADAMICH and ONNEN. The DNA profile obtained from the swabs from the firearm indicated a mixture of DNA from two or more individuals. The predominant male profile obtained from the swabs matches ADAMICH's DNA profile but does not match ONNEN's DNA profile.

7. On December 7, 2005, law enforcement officers arrested ONNEN in Duluth, Minnesota. A search of ONNEN's person following his arrest revealed a 20 gauge shotgun shell and a .38 special round of ammunition and a quantity of methamphetamine. ONNEN was subsequently interviewed and admitted to handling at least two sawed off shotguns which were located in Room #214 of the Econo Lodge Hotel on December 1, 2005.

8. The ammunition recovered from ONNEN'S person was examined and determined to be (1) a 20 gauge shotgun shell with "Remington Peters GA" headstamp and (2) a .38 special round of ammunition marked with "R-P 38 SPL" headstamp. Each of these items are ammunition as defined in Title 18, United States Code, Section 921(a)(17)(A) and were manufactured outside the State of Minnesota and sometime after its manufacture traveled in interstate commerce into the State of Minnesota.

9. Prior to December 1, 2005, ADAMICH had been convicted of the following crimes punishable by a term of imprisonment exceeding one year: (1) First Degree Burglary, St. Louis County, Minnesota, on or about April 3, 2000; and (2) Drugs - Fifth Degree Possession, St. Louis County, Minnesota, on or about August 28, 2003.

10. Prior to December 1, 2005, ONNEN had been convicted of the following crimes punishable by a term of imprisonment exceeding one year: (1) Drugs - Fifth Degree Possession, St. Louis County, Minnesota, on or about May 30, 2004; and (2) Fleeing a Peace Officer in a Motor Vehicle, St. Louis County, Minnesota, on or about March 8, 2005.

11. Based upon these facts conveyed in this affidavit, I believe there is probable cause to believe:

a. JOSEPH P. ADAMICH and CHARLES A. ONNEN, each of whom had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely a Stevens, manufactured by Savage, Model 940, 410 gauge shotgun with no visible serial number, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1); and

b. CHARLES A. ONNEN, an individual who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess ammunition, namely a 20 gauge shotgun shell with "Remington Peters GA" headstamp and a .38 special marked with "R-P 38 SPL" headstamp, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Further your Affiant sayeth not.

SHAWN P. PADDEN

SUBSCRIBED and SWORN to before me

this 17h day of November, 2006.

RAYMOND L. ERICKSON
United States Magistrate Judge